IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROMONA KENNARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-CV-2103-D |
| | § | |
| ORPHAN OF IMMAGATION LIES OR, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff made a largely nonsensical filing on September 25, 2024 that the court will treat as his objections.

The undersigned district judge has reviewed the proposed findings, conclusions, and recommendation of the magistrate judge *de* novo. Finding no error, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

September 26, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE